No. 90–6875.  COCKRUM v. MILLS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 90–6877.  TILLMAN v. DUCKWORTH ET AL.  C. A. 7th Cir. Certiorari denied.

No. 90–6880.  PRESTWOOD v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–6882.  BROWN v. ADMINISTRATIVE LAW JUDGE.  C. A. 4th Cir.  Certiorari denied.

No. 90–6883.  FROST v. GEERNAERT ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 90–6893.  HANSON v. DEPARTMENT OF THE ARMY.  C. A. Fed. Cir.  Certiorari denied.

No. 90–6900.  THOMPSON v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 90–6902.  SMITH v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–6904.  JEFFRIES v. NIX, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 90–6912.  MANDOLPH-GREENE v. SAINAS.  Sup. Ct. Haw. Certiorari denied.

No. 90–6914.  MARTIN v. PENNSYLVANIA REAL ESTATE COMMISSION ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–6918.  BUTLER ET AL. v. GREENPOINT SAVINGS BANK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–6919.  STAFFORD v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 90–6922.  CARTER v. MEAD PAPER ET AL.  C. A. 6th Cir. Certiorari denied.

No. 90–6925.  BOSA v. BOSA.  Super. Ct. Pa.  Certiorari denied.